447 A.2d 646

Heritage Bank etc., Appellant v. Jerene Enterprises.

 Argued October 14, 1981. Mark E. Mioduszewski, for appellant; E. James Lucht, for appellees.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Order affirmed.